1  XAVIER BECERRA
   Attorney General of California
2  GIAM M. NGUYEN
   Supervising Deputy Attorney General
3  NECULAI GRECEA
   Deputy Attorney General
4  State Bar No. 307570
    300 South Spring Street, Suite 1702
5   Los Angeles, CA 90013
    Telephone: (213) 269-6443
6   Fax: (213) 897-7604
    E-mail: Neculai.Grecea@doj.ca.gov
7  *Attorneys for Defendant*
   *J. Abejar*

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CLIFFORD DION JACKSON, | 5:17-cv-01611 VBF (GJS) |
|---|---|
| Plaintiff, | ORDER ON **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
| J. ABEJAR, et al., | Judge: Hon. Valerie B. Fairbank |
| Defendants. | Action Filed: August 9, 2017 |

Plaintiff Clifford D. Jackson and Defendant J. Abejar have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this entire action with prejudice, in accordance with Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing of this stipulation automatically terminates this action.

///

///

///

1

Each party shall bear its own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: March 22, 2019

_____
Plaintiff CLIFFORD D. JACKSON (AS7108)
*Plaintiff in Pro Se*

Dated: March 22, 2019

_____
NECULAI GRECEA
Deputy Attorney General
*Attorney for Defendant J. Abejar*

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
The Honorable VALERIE V. FAIRBANK
United States District Court Judge

LA2018500879
53285089.docx